IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

FILED - CLERK
U.S. DISTRICT COURT
05 JUN -6 AM 11: 07
TX EASTERN - BEAUMONT
BY_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | CRIMINAL ACTION NO. 9:05cr12 |
| v. | § | |
| | § | |
| JORGE LUIS DELGADO-URBINA | § | |

## ORDER

The above entitled and numbered criminal action was referred to United States Magistrate Judge Harry W. McKee pursuant to 28 U.S.C. § 636(b)(3). The Report of the Magistrate Judge which contains his proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. The parties have made no objections to the Report and Recommendation.

The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the Report of the United States Magistrate Judge as the findings and conclusions of this Court.

SIGNED this 6th day of June, 2005.

_____
RON CLARK
UNITED STATES DISTRICT JUDGE